IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN UNDERWOOD, )<br>  )<br>    Petitioner, )<br>  )<br>    v. )<br>  )<br>DEWAYNE ESTES, Warden, )<br>et al., )<br>  )<br>    Respondents. ) | CIVIL ACTION NO.<br>2:18cv891-MHT<br>(WO) |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas petition be denied. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of December, 2021.

                                                 /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**