IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN UNDERWOOD, | ) |
|     Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) 2:18cv891-MHT ) (WO) |
| DEWAYNE ESTES, Warden, et al., | ) ) ) |
|     Respondents. | ) |

### ORDER

This cause is now before the court on the petitioner's motion for leave to proceed on appeal *in forma pauperis*, which is contained in his notice of appeal (Doc. 17). Based on the petitioner's representation that his financial condition has not substantially changed since the initiation of this lawsuit, it is ORDERED that the motion for leave to proceed on appeal *in forma pauperis* (Doc. 17) is granted.

DONE, this the 10th day of February, 2022.

                                           /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE