IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN UNDERWOOD, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:18cv891-MHT |
| | ) | (WO) |
| DEWAYNE ESTES, Warden, et al., | ) ) | |
| | ) | |
|     Respondents. | ) | |

ORDER

This cause is now before the court on the petitioner's motion for a certificate of appealability, which is contained in his notice of appeal (Doc. 17). Petitioner seeks a certificate of appealability as to his claim that the prosecution knowingly used perjured testimony in violation of *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny.  To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court finds that the petitioner has failed to make this showing.

\*\*\*

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability (Doc. 17) is denied.

DONE, this the 10th day of February, 2022.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**